

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2015

No. 04-14-00751-CV

Josefina Alexander **GONZALEZ**, et al.,
Appellants

v.

Raymond **DE LEON,** et al.,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-001098-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

Sitting:      Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice
               Jason Pulliam, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court